**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ERIC J. CAFFEY**                                                                    **PLAINTIFF**

**v.**                                          **Case No. 4:26-cv-00011-LPR**

**THREAD BANK and RELAY**
**FINANCIAL TECHNOLOGIES, INC.**                                     **DEFENDANTS**

**ORDER**

Plaintiff Eric Caffey paid the filing fee and initiated this case *pro se* on January 7, 2026.[1] On January 8, 2026, the Court returned summonses to Mr. Caffey with directions that he must serve Defendants with copies of his Complaint and summonses within ninety (90) days of the filing of the Complaint.[2] Mr. Caffey was warned that failure to complete service within the allotted time could result in the dismissal of his case.[3] Mr. Caffey did not file proof of service within the 90-day window or request additional time to complete service. So, on May 7, 2026, the Court entered an Order directing Mr. Caffey, within 21 days, to advise the Court in a written filing of his intent to continue (or not continue) with this lawsuit, to explain in the written filing whether he had secured service on Defendants, and (if applicable) to file a motion for an extension of time for service, supported by a brief showing good cause for the same.[4] Mr. Caffey was warned that failure to timely respond to the Court's Order would result in the dismissal of this lawsuit.[5] Mr. Caffey has not responded to the Court's Order, and the time for doing so has expired.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3); *see* Fed. R. Civ. P. 4(c)(1), (m).

[3] Order (Doc. 3).

[4] Order (Doc. 5).

[5] *See id*. at 2; *see also* Local Rule 5.5(c)(2).

Accordingly, Mr. Caffey's Complaint (Doc. 1) is DISMISSED without prejudice for lack of service and failure to prosecute.

IT IS SO ORDERED this 9th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE