**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ERIC J. CAFFEY**                                                      **PLAINTIFF**

**v.**                                      **Case No. 4:26-cv-00011-LPR**

**THREAD BANK and RELAY**
**FINANCIAL TECHNOLOGIES, INC.**                        **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without

prejudice.

IT IS SO ADJUDGED this 9th day of June 2026.

_____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE